Richard W. Fields
Ed Han
Martin F. Cunniff
FIELDS HAN CUNNIFF PLLC
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
Telephone: (832) 382-9816
fields@fhcfirm.com
edhan@fhcfirm.com
martincunniff@fhcfirm.com

Michael Burrage
Randa K. Reeves
WHITTEN BURRAGE
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 516-7800
mburrage@whittenburragelaw.com
rreeves@whittenburragelaw.com

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913 (WHO) |
| | **PLAINTIFF THE MUSCOGEE (CREEK) NATION'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO ALTRIA DEFENDANTS** |
| *This Document Relates to:* | Hon. William H. Orrick |
| *The Muscogee (Creek) Nation v. Juul Labs, Inc. et al.* | |
| Case No. 3:23-cv-00633-WHO | |

Plaintiff, The Muscogee (Creek) Nation, by and through counsel, hereby gives notice that the above-captioned action is dismissed with prejudice against:

- Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company (collectively, Altria);

- Each and all of Altria's predecessors, successors, and assigns;

- Each and all of Altria's past, present, and future direct or indirect subsidiaries, affiliates, joint ventures, partnerships, and related companies; and

- Each and all of Altria's past, present and future principals, partners, officers, managers, directors, supervisors, employees, stockholders, advisors, agents, representatives, administrators, advertisers, distributors, attorneys, and members, and insurers.

Each party shall bear its own attorney fees and costs.

Dated: November 1, 2024

Respectfully Submitted,

_____
Martin F. Cunniff
Richard W. Fields
Ed Han
Martin F. Cunniff
FIELDS HAN CUNNIFF PLLC
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
(832) 382-9816
fields@fhcfirm.com
edhan@fhcfirm.com
martincunniff@fhcfirm.com

Michael Burrage
Randa K. Reeves
WHITTEN BURRAGE
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
(405) 516-7800
mburrage@whittenburragelaw.com
rreeves@whittenburragelaw.com

PLAINTIFF THE MUSCOGEE (CREEK) NATION'S NOTICE OF
DISMISSAL WITH PREJUDICE AS TO ALTRIA DEFENDANTS; Case No. 3:19-md-02913

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

_____

Martin F. Cunniff

PLAINTIFF THE MUSCOGEE (CREEK) NATION'S NOTICE OF
DISMISSAL WITH PREJUDICE AS TO ALTRIA DEFENDANTS; Case No. 3:19-md-02913